# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| HOWARD COHAN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO. 6:24-cv-00249-PGB-RMN<br>) |
| EINSTEIN AND NOAH CORP., a foreign profit corporation d/b/a EINSTEIN BROS BAGEL #1512, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, EINSTEIN AND NOAH CORP. a/k/a EINSTEIN BROS BAGEL #1512, through their undersigned counsel and pursuant to Local Rule 3.08(a), M.D. Fla., notify the Court that the parties have reached a settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

DATED this 14th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| Sconzo Law Office, P.A. <br> 3825 PGA Boulevard, Suite 207 <br> Palm Beach Gardens, FL 33410 <br> Telephone: (561) 729-0940 <br> Facsimile: (561) 491-9459 | JACKSON LEWIS P.C. <br> 390 North Orange Avenue, Suite 1285 <br> Orlando, Florida 32801 <br> Telephone: (407) 246-8440 <br> Facsimile: (407) 246-8441 |
| By: */s/ Gregory S. Sconzo* <br> Gregory S. Sconzo <br> Florida Bar No. 0105553 <br> greg@sconzolawoffice.com | By: */s/ Alicia M. Chiu* <br> Alicia M. Chiu <br> Florida Bar No. 0058366 <br> alicia.chiu@jacksonlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

4879-7583-4285, v. 1